In the Matter of the Petition of LESTER C. GILMAN to Compel MABEL R. HUN-NEWELL to Render and Settle Her Account as Administratrix of RALPH F. GILMAN, Deceased. MABEL R. HUNNEWELL, as Administratrix, etc., Appellant; LESTER C. GILMAN, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.